United States Courts
Southern District of Texas
FILED

MAR 17 2020

David J. Bradley, Clerk of Court

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
Vs.
**Norma Dee Garcia**

CRIMINAL COMPLAINT

Case Number: C-20-965M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **March 16, 2020** in **Kenedy** County, in the
(Date)

Southern District of Texas, defendant, **Norma Dee Garcia**

did knowingly or in a reckless disregard of the fact that an alien had come to, entered, or remained in the United States in violation of law, transport, or move or attempt to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title **8** United States Code, Section(s) **1324**.
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the
Official Title
following facts:

See Attached Affidavit of U.S. Border Patrol Agent **Joel Carrillo**

Continued on the attached sheet and made a part of this complaint:  [X] Yes   [ ] No

Signature of Complainant
**Joel Carrillo**
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on the:

March 17, 2020
Date

at   Corpus Christi, Texas
City and State

**Jason B. Libby U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT

The information contained in this report/affidavit is based upon my personal participation in the investigation, which included, but is not limited to information relayed to me by other agents and officers participating in the investigation.

**FACTS/DETAILS:**
On March 16, 2020, at approximately 6:00 a.m., red Mazda 6 approached the primary inspection lane of the United States Border Patrol Immigration Checkpoint near Sarita, Texas. As the vehicle approached the location of the Primary Agent, the Canine Handler notified the Primary Agent that his service canine was alerting to the vehicle. The Primary Agent asked the driver, later identified as Norma Dee Garcia, for consent to inspect the trunk of the vehicle to which she replied "Yes". The Primary Agent lifted the trunk and observed a thick blanket on top of luggage trying to conceal everything underneath. The Primary Agent lifted the blanket and observed the feet of a person concealed inside the trunk of the vehicle. All subjects were removed from the vehicle and detained for further investigation.

In the secondary inspection area it was determined that the individual discovered attempting to conceal himself in the trunk was identified as M.I.V.F. who admitted being a citizen of El Salvador illegally present in the United States.

**MIRANDA RIGHTS WARNING:**
All subjects were advised of their rights in their preferred language and signed accordingly that they understood their rights. All subjects invoked their rights to counsel before questioning began.

**DISPOSITION:**
The facts of this case were presented to Assistant United States Attorney's Office who accepted Norma Dee Garcia for prosecution of 8 USC 1324, Alien Smuggling. M.I.V.F. will be held as a material witness.

Note: Norma Dee Garcia has a previous Administrative Alien Smuggling Case that occurred on April 14, 2019 at the Falfurrias, Texas Border Patrol Checkpoint.

Joel Carrillo
Border Patrol Agent

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on this day March 17, 2020.

Jason B. Libby
United States Magistrate Judge