IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **v.** § | |
| § | **2:20-MJ-00965** |
| § | |
| § | |
| § | |
| **NORMA DEE GARCIA** § | |

## MOTION TO DEPOSE MATERIAL WITNESS

COMES NOW, **MARLON IVAN VASQUEZ-FUNES,** material witness herein, by and through his attorney, Rene C. Flores, respectfully moves this Court to allow the government and the defendants to take his deposition and then to discharge him from custody upon completion of same.

### I.

**MARLON IVAN VASQUEZ-FUNES** is being held as a material witness pursuant to 18 U.S.C. § 3144. **MARLON IVAN VASQUEZ-FUNES** been in custody since March 16, 2020. **MARLON IVAN VASQUEZ-FUNES is** available for deposition and further detention is not necessary if the material witness is available for deposition. Deposition is therefore requested to prevent a miscarriage of justice.

### II.

The deposition of material witness pursuant to 18 U.S.C. § 3144 and Federal Rules of Criminal Procedure 15(a) and (g) is mandated to avoid material witness' prolonged incarceration.

WHEREFORE, PREMISES CONSIDERED the material witness respectfully moves the Court to order his deposition to be taken at the soonest possible date and that he be discharged from custody upon completion of same.

Respectfully submitted,

By: <u>Rene C. Flores</u>_____
René C. Flores
St. Bar No.:  00784063
So. Dist. Tex. No: 17500
P.O. Box 270231
Law Office of Rene C. Flores
400 Mann Street, Ste. 904
Corpus Christi, Texas 78401
Ph. (361) 888-5671
Fax: (361) 884-8078

## CERTIFICATE OF SERVICE

I, the undersigned attorney for material witness**, MARLON IVAN VASQUEZ-FUNES** hereby certifies that a true and correct copy of the above and foregoing Motion has been forwarded to all counsel of record on this the 20th day of MARCH, 2020 *via ECF*.

By: <u>Rene C. Flores</u>_____
René C. Flores
Attorney for Material Witness

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **v.** § | |
| § | |
| § | **2:20-MJ-00965** |
| § | |
| **NORMA DEE GARCIA** § | |

### CERTIFICATE OF CONSULTATION

I, the undersigned attorney for material witness**, MARLON IVAN VASQUEZ-FUNES,** hereby certify that I have tried to confer with counsel for defendant and Assistant United States Attorney, DAVID MATTHEW PAXTON, but they have not responded.

Respectfully submitted,

By: Rene C. Flores_____
René C. Flores
State Bar No: 00784063
So. Dist. Texas No: 17500
P.O. Box 270231
Law Office of Rene C. Flores
400 Mann Street, Ste 904
Corpus Christi, TX 78401
Ph. (361) 888-5671
Fax: (361) 884-8078