United States District Court
Southern District of Texas
**ENTERED**
March 23, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| vs. | § CRIMINAL NO. 2:20-MJ-00965 |
| | § |
| NORMA DEE GARCIA | § |

### ORDER ON MOTION TO DEPOSE MATERIAL WITNESS

On this _____ day of _____, 2020, came on to be heard the Motion to Depose Material Witness to have the videotaped deposition of material witness **MARLON IVAN VASQUEZ-FUNES,** taken, and, having considered the same, this Court is of the opinion that it should be **GRANTED**, and this matter is set for depositions for June 19, 2020, at 1:00 p.m. in the Grand Jury Room, United States District Courthouse, Corpus Christi, Texas.

SIGNED on this the 23 day of March 2020

_____
JUDGE PRESIDING
Jason B. Libby
United States Magistrate Judge